UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID S. HENDRICKS,<br><br>            Plaintiff,<br><br>    v.<br><br>DAN SPANGLER,<br><br>            Defendant. | CASE NO. C11-0508JLR<br><br>MINUTE ORDER |

    The following minute order is made by the direction of the court, the Honorable James L. Robart:

    Before the court is Plaintiff's motion to strike Defendant's answer to Plaintiff's complaint (Dkt. # 7) and Defendant's response (Dkt. # 8). Defendant also filed an amended answer and counterclaim (Dkt. # 9) that appears to address at least some of the concerns raised in Plaintiff's motion to strike Defendant's first answer. Before ruling on the motion, the court gives Plaintiff 5 days from the date of this order to file a reply to

MINUTE ORDER - 1

Defendant's response.  In his reply, Plaintiff shall address the sufficiency of Defendant's amended answer and counterclaim.

Filed and entered this 20th day of June, 2011.

WILLIAM M. MCCOOL
Clerk of Court

s/Mary Duett
Deputy Clerk

MINUTE ORDER - 2