HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID S. HENDRICKS,<br>an individual d/b/a CLIPART DESIGN USA,<br><br>Plaintiff,<br><br>vs.<br><br>DAN SPANGLER, an individual, and DALE COX, an individual.<br><br>Defendants. | No. 2:11-cv-00508 JLR<br><br>STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A RESPONSE TO SECOND AMENDED ANSWER AND COUNTERCLAIM<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 28, 2011** |

Defendant Dan Spangler filed his Second Amended Answer and Counterclaim on July 19, 2011, making a responsive pleading to the counterclaim due on August 2, 2011.

The parties are engaged in settlement discussions, and jointly request that the Court extend Plaintiff's deadline to file a responsive pleading to August 22, 2011.

//

//

//

//

//

STIPULATION & ORDER EXTENDING PL.'S TIME TO FILE A RESPONSIVE PLEADING - 1

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

1  Dated: July 28, 2011

2  PLAINTIFF

3  **FOCAL PLLC**

4  *s/ Venkat Balasubramani*

5  Venkat Balasubramani, WSBA #28269
   800 Fifth Ave., Suite 4100
6  Seattle, WA 98104
   Tel:    (206) 529-4827
7  Fax:    (206) 260-3966
   *venkat@focallaw.com*
8

9  *Attorneys for Plaintiff*

10  DEFENDANT

11  *s/ Dan Spangler*

12  Dan Spangler
    335 Anderson Ferry
13  Cincinnati, OH 45238

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & ORDER EXTENDING
PL.'S TIME TO FILE A RESPONSIVE
PLEADING - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827

**<u>ORDER</u>**

1  
2    IT IS SO ORDERED.

3    Dated this _____ day of _____, 2011.

4

5    _____
     James L. Robart
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION & ORDER EXTENDING
PL.'S TIME TO FILE A RESPONSIVE
PLEADING - 3

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.529.4827